NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3080

VELMA Y. LOCK,

Petitioner,

v.

GENERAL SERVICES ADMINISTRATION,

Respondent.

Renn C. Fowler, The Fowler Practice, of Belfast, Maine, and Frederick P. Hink, Law Offices of Frederick P. Hink, of Easton, Maryland, argued for petitioner.

Lauren A. Weeman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Appealed from: Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3080

VELMA Y. LOCK,

Petitioner,

v.

GENERAL SERVICES ADMINISTRATION,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

in CASE NO(S).        SF0752040183-I-7.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER and BRYSON, <u>Circuit Judges</u> and SPENCER, <u>Chief District Judge</u>.*)

<u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  July 10, 2009                /s/ Jan Horbaly
                                            Jan Horbaly, Clerk

* The Honorable James R. Spencer, Chief Judge, United States District Court for the Eastern District of Virginia, sitting by designation.